NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KYLE RE, on behalf of himself and all others similarly situated,**
*Plaintiff - Appellant*

v.

**UNITED STATES,**
*Defendant - Appellee*

---

14-1286

---

Appeal from the United States District Court for the Northern District of California in case no. 3:13-cv-03518-WHA United States District Judge William H. Alsup

---

ON PETITION FOR REHEARING EN BANC

Before PROST, *Chief Judge,* NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, AND HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

Appellant Kyle Re filed a petition for rehearing en banc. The petition was first referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on March 4, 2015.

FOR THE COURT

February 25, 2015            /s/ Daniel E. O'Toole
                             Daniel E. O'Toole
                             Clerk of Court